IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:11-CR-00354 LJO |
| Plaintiff, | STIPULATION TO EXTEND TIME FOR GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO REDUCE SENTENCE AND ORDER THEREON |
| v. | |
| ARMAND VALLE, | |
| Defendant. | |

The United States of America, by and through PHILLIP A. TALBERT, Acting United States Attorney, and KATHLEEN A. SERVATIUS and KIMBERLY A. SANCHEZ, Assistant United States Attorneys, and the defendant Armand Valle, by and through his attorney, Lexi Negrin, hereby stipulate to extend the time for the government's filing of its response to the defendant's motion until October 23, 2017. Government counsel is still working on the response and can complete it by that time. In light of this extension, the defendant's reply shall similarly be extended to December 4, 2017.

Dated: October 17, 2017

PHILLIP A. TALBERT
United States Attorney


By:  /s/ *Kathleen A. Servatius*
KATHLEEN A. SERVATIUS
Assistant United States Attorney

Dated: October 17, 2017

/s/ *Lexi Negrin*
Lexi Negrin, Attorney for Armand Valle

## <u>ORDER</u>

The parties' stipulated motion for an extension of time is GRANTED.

IT IS SO ORDERED.

Dated:  **October 18, 2017**          **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE